# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of TEXAS
GALVESTON Division

United States Courts
Southern District of Texas
FILED

FEB 23 2024

Nathan Ochsner, Clerk of Court

JOSEPH THOMAS ROBERTS

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

VITAL CORE HEALTH STRATEGIES

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

SHERIFF HENRY TROCHESSET (G.C.S.O)

Case No. 3:24-CV-57
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: JOSEPH THOMAS ROBERTS
  All other names by which you have been known:
  ID Number: SPN # 259336  BK # 407513
  Current Institution: GALVESTON COUNTY JAIL
  Address: 5700 AVE H
  GALVESTON   TEXAS   77551
  City / State / Zip Code

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: VITAL CORE HEALTH STRATEGIES
  Job or Title (if known): DIRECTOR OR COMMISSIONER
  Shield Number:
  Employer: CONTRACT MEDICAL GROUP BY GALVESTON COUNTY JAIL (OR) GALVESTON COUNTY SHERIFFS OFFICE
  Address:
  City / State / Zip Code
  [✓] Individual capacity  [✓] Official capacity

  Defendant No. 2
  Name: HENRY TROCHESSET
  Job or Title (if known): SHERIFF (G.C.S.O)
  Shield Number:
  Employer: GALVESTON COUNTY SHERIFFS OFFICE
  Address: 5700 AVE H
  GALVESTON   TEXAS   77551
  City / State / Zip Code
  [✓] Individual capacity  [✓] Official capacity

**Defendant No. 3**

Name

Job or Title *(if known)*

Shield Number

Employer

Address

|  | City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

**Defendant No. 4**

Name

Job or Title *(if known)*

Shield Number

Employer

Address

|  | City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

III. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

DENIAL OF MEDICAL CARE FOR SERIOUS LIFE THREATENING MEDICAL NEEDS (i.e LUNG CANCER AND HEPATITUS C)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. FOR APPROXIMATELY (5) FIVE MONTHS PRE-TRIAL DETENTION FOR NON-VIOLENT STATE JAIL FELONY OFFENSES PLAINTIFF HAS BEEN DENIED MEDICAL TREATMENT FOR TUMORS GROWING IN PLAINTIFFS LUNGS AND CHRONIC

III. Prisoner Status HEPATITUS C LIVER DISEASE

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* STATE INMATE IN FEDERAL CUSTODY

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A: If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

GALVESTON COUNTY SHERIFFS OFFICE
GALVESTON COUNTY JAIL

C. What date and approximate time did the events giving rise to your claim(s) occur?

DETAINED/INCARCERATED FROM SEPTEMBER 29TH UNTIL PRESENT

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

H.C.A. MAINLAND (TEXAS CITY, TX) HOSPITAL
H.C.A. WEBSTER/CLEAR LAKE HOSPITAL
U.T.M.B. GALVESTON HOSPITAL DIAGNOSIS CONFIRM TUMOR NODULES GROWING IN PLAINTIFFS LUNGS... U.T.M.B. DIAGNOSED HEP. C LIVER DISEASE SINCE 1997-1999 AND PLAINTIFF CONTINUES TO BEG ~~FOR FREE~~ VITAL CORE FOR TREATMENT

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

TUMORS ARE GROWING AT SOME UNKNOWN UNMONITORED RATE WITHIN PLAINTIFFS LUNGS. HEPATITUS C IS DESTROYING PLAINTIFFS LIVER
PLAINTIFF STILL HASNT RECIEVED READING GLASSES, VISION INSPECTION, EYE GLASSES TO SEE, READ, WRITE LEGAL DOCUMENTS OR RELIGIOUS MATERIAL AND STILL HAS NOT RECIEVED DENTAL

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ORDER VITAL CORE AND/OR GALVESTON COUNTY SHERIFFS OFFICE SHERIFF HENRY TROCHESSET TO PROVIDE ADEQUATE MEDICAL TREATMENT FOR SERIOUS LIFE THREATENING MEDICAL NEEDS AND/OR ABIDE BY S.B.6 SENATE BILL 6 RELEASING PLAINTIFF FROM CUSTODY (TO BAIL) SO PLAINTIFF MAY SEEK AND RECIEVE MEDICAL TREATMENT OR FOR ANY AND ALL OTHER RELIEF TO WHICH PLAINTIFF MAY BE JUSTLY ENTITLED

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). GALVESTON COUNTY SHERIFFS OFFICE GALVESTON COUNTY JAIL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? LUNG CANCER / TUMORS, HEP. C., DENTAL, EYE VISION (AND MORE) PLAINTIFF HAS THOROUGHLY EXHAUSTED ALL ADMINISTRATIVE REMEDIES.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes    G.C.S.O

☑ No

E. If you did file a grievance:

1. Where did you file the grievance? GALVESTON COUNTY JAIL GALVESTON COUNTY SHERIFFS OFFICE

2. What did you claim in your grievance? NEGLECT OF SERIOUS MEDICAL NEEDS

3. What was the result, if any? REFERED TO PSYCH/MHMR OR DEFLECTED RESPONSES TO CONTINUE THE MEDICAL NEGLIGENCE

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I HAVE EXHAUSTED ALL ADMINIS--TRATIVE REMEDIES

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

INCARCERATED HELD IN ILLEGAL CAPTIVITY SINCE SEPT. 29TH 2024

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I CONSTANTLY AND CONSISTANTLY INFORM G.C.S.O. DEPUTIES AND VITAL CORE MEDICAL STAFF VERBALLY AND BY REQUEST FORMS

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

MY GRANDMOTHER ATTEMPTED TO MAIL MY LEGAL MAIL AND MEDICAL DOCUMENTS TO G.C.S.O. PO BOX 247

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

PHEONIX MD 21131 AND ALL SUCH MAIL/DOCUMENTS HAVE BEEN LOST STULLEN OR DESTROYED.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.  _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No   I HAVE ATTEMPTED

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  N/A
   Defendant(s)  _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number   N/A

4. Name of Judge assigned to your case   JEFFREY VINCENT BROWN

5. Approximate date of filing lawsuit   I'VE ATTEMPTED (2) TWO OTHER LAWSUITS SINCE SEPT/OCT. 2023 WHICH HAVE BEEN LOST STOLLEN OR DESTROYED

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  MY $1983 LAWSUITS HAVE BEEN CONSISTANTLY LOST STOLLEN OR DESTROYED BY G.C.S.O. DEPUTIES OR STATE/FEDERAL AUTHORITIES ILLEGALY DETAINING ME

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02-20-2024

Signature of Plaintiff: *Joseph J Roberts*
Printed Name of Plaintiff: JOSEPH THOMAS ROBERTS
Prison Identification #: SPN # 259336   BK # 407513
Prison Address: GALV. CO. JAIL 5700 AVE H
GALVESTON   TEXAS   77551
            City        State     Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                City        State     Zip Code
Telephone Number: _____
E-mail Address: _____