Case 3:24-cv-00057   Document 4   Filed on 04/04/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:24-0057

JOSEPH THOMAS ROBERTS, GCJ # 259336, PLAINTIFF,

v.

VITAL CORE HEALTH STRATEGIES, *ET AL.*, DEFENDANTS.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE:*

Joseph Thomas Roberts is a pretrial detainee in the Galveston County Jail. On February 26, 2024, the Clerk issued a notice of deficient pleading instructing the plaintiff that, within thirty days, he was required to either pay the $405 filing fee or submit an application for leave to proceed *in forma pauperis* with a certified copy of his inmate trust-fund account statement for the previous six-month period. Dkt. 3. The notice warned the plaintiff that failure to comply could lead to dismissal of his case under Federal Rule of Civil Procedure 41(b). The plaintiff's deadline for compliance with the notice of deficient pleading was March 27, 2024. To date, the plaintiff has not paid the fee or submitted any document.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is

appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). Relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) requires compliance with all past instructions.

    The court orders that this case is dismissed without prejudice. All pending motions, if any, are denied as moot.

    The Clerk will provide a copy of this order to the parties.

    Signed on Galveston Island this __4th__ day of __April_____, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE